# FIRST DISTRICT COURT OF APPEAL
## STATE OF FLORIDA

_____

No. 1D18-1574

_____

PAUL NIXON,

Appellant,

v.

MARK S. INCH, Secretary,
Florida Department of
Corrections,

Appellee.

_____


On appeal from the Circuit Court for Leon County.
Karen Gievers, Judge.


May 3, 2019


PER CURIAM.

DISMISSED.

MAKAR, OSTERHAUS, and BILBREY, JJ., concur.


_____

***Not final until disposition of any timely and authorized motion under Fla. R. App. P. 9.330 or 9.331.***

_____

Paul Nixon, pro se, Appellant.

Ashley Moody, Attorney General, and Kristen J. Lonergan, Assistant Attorney General, Tallahassee, for Appellee.